Pennsylvania Company, etc., et al. *v.* Clark et al.,
Appellants.

Argued November 26, 1940.  Before SCHAFFER, C. J., MAXEY, DREW, LINN, STERN and PATTERSON, JJ.

438

440

442

444

446

449

*Alexander Conn,* for appellants in No. 229-31 and appellees in Nos. 240-42.

*Robert J. Callaghan,* with him *Clark, Hebard & Spahr,* for appellants in Nos. 235-37, and appellees in Nos. 229-231.

*Sylvan H. Hirsch,* of *Sundheim, Folz & Hirsch,* with him *Allen J. Levin,* for appellant, in Nos. 240-242.

*Earl G. Harrison,* with him *Carlyle H. Ross, Richard W. Thorington, J. B. Lichtenberger, Harry E. Sprogell* and *Saul, Ewing, Remick & Saul,* for appellees, in Nos. 235-37.

PER CURIAM, January 6, 1941:

The judgments of the court below are affirmed on the opinion of Judge ALESSANDRONI.